IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES R. HARPER, III, DANIEL J. HARPER, JOHN T. HARPER, CHRISTINE A. RYAN and ARTHUR G. STEINBERG,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL GEOPHYSICAL SERVICES and COUGAR LAND SERVICES, LLC,<br><br>Defendants. | CIVIL DIVISION<br><br>No. 2:10-cv-1540<br><br>Hon. Arthur J. Schwab |

GLOBAL GEOPHYSICAL SERVICES and
COUGAR LAND SERVICES, LLC,

        Third-Party Plaintiffs,

v.

EDMUND CHARLES HARPER,

        Third-Party Defendant.

## STIPULATION OF DISMISSAL OF AMENDED COMPLAINT WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, James R. Harper, III, Daniel J. Harper, John T. Harper, Christine A. Ryan, and Arthur G. Steinberg, hereby voluntarily dismiss their Amended Complaint against Defendants Global Geophysical Services and Cougar Land Services, LLC in the above-captioned action with prejudice due to the settlement of the matter.

{01205541}
7170605v.1

CONFIDENTIAL

The bond posted by Plaintiffs in conjunction with the injunction issued by the Fayette County Court of Common Pleas on November 17, 2010 can be released to Plaintiffs.

February 10, 2011

Jerri A. Ryan, Esquire
Thorp Reed & Armstrong
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
Attorney for Plaintiffs

February 8, 2011

Platte B. Moring, III, Esquire
White and Williams LLP
3701 Corporate Parkway, Suite 300
Center Valley, PA 18034-8233
Attorney for Defendants

EXHIBIT 1

{01205541}
7170605v.1